CO-386
Rev. 10/03

**FILED**

OCT - 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Suriya Begum
8805 Sylvania St.
Lorton, VA 22079
                                Plaintiff

v. et al
Alberto Gonzales, U.S. Attorney General
                                Defendant
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington DC 20530

CASE NUMBER 1:05CV02009

JUDGE: Henry H. Kennedy

DECK TYPE: General Civil

DATE STAMP: 10/11/2005

**CERTIFICATE UNDER LCvR 7.1**

I, the undersigned, counsel of record for __Plaintiff Surya Begum__, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __NONE__, which have any outstanding securities in the hands of the public. _____

__None__

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

__DC 373 078__
Bar Identification Number

STEFFANIE J. LEWIS
Print Name

1915 EYE STREET, NW. SUITE 500
Address

WASHINGTON       DC       20006
City             State    Zip

202 296 1111
Telephone Number

2