UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SURIYA BEGUM  )  <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> ALBERTO GONZALES, ET AL.  ) <br> U.S. Attorney General  ) <br> ) <br> Defendants.  ) | Civil Action No. 05CV2009 (HHK) |

**CONSENT MOTION FOR AN ENLARGEMENT
OF TIME TO FILE ANSWER**

Defendant in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to an answer to Plaintiff's Complaint. In support of this request, the defendant states as follows:

1. The defendant's answer is due to be filed on December 19, 2005.

2. In her mandamus complaint, plaintiff seeks: (1) a copy of the appellate decision regarding the denial of her spouses's Application to Reenter After Deportation (Form I-212 waiver) from the U.S. Citizenship and Immigration Service ("USCIS") Administrative Appeals Office ("AAO"); and (2) an adjudication from USCIS of her Petition for Alien Relative (Form I-130) ("Petition").

3. The defendant has obtained a copy of the AAO's decision dismissing plaintiff's appeal of the denial of the Application to Reenter After Deportation, and has provided a copy to plaintiff's counsel. With respect to the Petition, the defendant has mailed to plaintiff a Request for Evidence ("RFE"), for information that is

    required before the defendant can act on plaintiff's Petition.  Plaintiff has sixty days to respond to the RFE.

4.    The defendant is requesting an additional sixty days to file an answer so that plaintiff has an opportunity to respond to the RFE.  At the conclusion of sixty days, the parties anticipate resolving this case without further assistance from the Court.

5.    Undersigned counsel spoke with Ms. Steffanie J. Lewis concerning this request for an enlargement.  Counsel stated that plaintiff consents to this request for an enlargement.

Wherefore the defendant requests until February 17, 2005, to file an answer.  A proposed Order accompanies this motion.

        Respectfully submitted,

        _____/s/_____
        KENNETH L. WAINSTEIN, DC Bar #451058
        United States Attorney

        _____/s/_____
        R. CRAIG LAWRENCE, DC Bar #171538
        Assistant United States Attorney

        _____/s/_____
        KAREN L. MELNIK DC BAR # 436452
        Assistant United States Attorney
        555 4TH Street, N.W. Rm. E-4112
        Washington, D.C. 20530
        (202) 307-0338

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SURIYA BEGUM,                          )
       Plaintiff,                    )
                                       )
   v.                                  ) Civil Action No. 05-2009 (HHK)
ALBERTO GONZALES, ET AL.               )
U.S. Attorney General                  )
                                       )
       Defendants.                   )
_____ )

## ORDER

UPON CONSIDERATION of the Defendant's Consent Motion For Enlargement of Time to File Answer, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of _____, 2005, hereby

ORDERED that the said motion be and hereby is granted and Defendant will have until February 17, 2005, to file its answer.

_____
UNITED STATES DISTRICT COURT JUDGE

copies to:

Ms. Steffanie J. Lewis, Esq.
1915 1225 Eye Street, N.W.
Suite 500
Washington, D.C. 20006

AUSA Karen L. Melnik
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W. Rm. E-4112
Washington, D.C. 20530