UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

Suriya BEGUM
8805 Sylvania Street
Lorton, VA 22079

    Plaintiff,

vs.

ALBERTO GONZALES, ET AL.
U.S. Attorney General,

    Defendants.

No. 1:05 cv 2009 (HHK)

MOTION FOR VOLUNTARY
DISMISSAL

## UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL

Plaintiff Surya Begum, through undersigned counsel, and pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, respectfully moves this Court for Voluntary Dismissal of the mandamus complaint in the above entitled case, and, in support of this motion, counsel states as follows:

1. The Defendants provided the undersigned attorney with a copy of the AAO decision issued June 30, 1999 (Exhibit A);

2. On January 11, 2006, the Defendant CIS adjudicated Plaintiff's I-130 petition (Exhibit B).

3. Counsel for defendants has informed me that they do not oppose this dismissal

WHEREFORE, and in light of the foregoing, it is respectfully requested that the complaint filed with this Court by Plaintiff, Ms. Suriya Begum on 10/11/2005 be dismissed with prejudice, each party to bear its costs and attorneys' fees incurred in this Court, and that an order of dismissal be made and entered by the Clerk of this Court.

Respectfully submitted, this 12h day of January, 2006.

Steffanie J. Lewis    DC Bar No. 373 078
The International Business Law Firm, P.C.
1915 Eye Street, NW, Suite 500
Washington, D.C. 20006-2118
Tel. (202) 296-1111; Fax (202) 296-1175
E-mail: slewis@iblf.com
Attorneys for Petitioner Suriya Begum

## CERTIFICATE OF SERVICE

    I, Steffanie J. Lewis, hereby certify that I have served a copy of Petitioner's Motion for Voluntary Dismissal and exhibits A and B in the case of Atere v. Gonzales by fax numbers 202 318-7597; 202 233-0397 and certified mail this 12th day of January, 2006 to:

1. Carol Federighi, Esq.
   U.S. Department of Justice
   Office of Immigration Litigation
   Ben Franklin Station
   P.O. Box 878
   Washington, D.C. 20044

2. M. Jocelyn Lopez Wright, Esq,
   U.S. Department of Justice
   Office of Immigration Litigation
   Ben Franklin Station
   P.O. Box 878
   Washington, D.C. 20044

    and,

3. U.S. Immigration and Customs Enforcement
   Office of the Chief Counsel
   901 North Stuart Street, Suite 1307
   Arlington, VA 22203

                                                                                                */s/ Steffanie J. Lewis*
                                                                                                Steffanie J. Lewis