Immigration and Naturalization Service (INS)  COPY  **Petition for Alien Relative**

## DO NOT WRITE IN THIS BLOCK - FOR EXAMINING OFFICE USE ONLY

Case ID#:
A#:
G-28 or Volag#:

Section of Law:
- [x] 201 (b) spouse
- [ ] 201 (b) child
- [ ] 201 (b) parent
- [ ] 203 (a)(1)
- [x] 203 (a)(2)
- [ ] 203 (a)(4)
- [ ] 203 (a)(5)

AM CON: ____

Action Stamp: U.S. Department of Homeland Security APPROVED JAN 1 1 2005  003249  U.S. Citizenship and Immigration Services

Barcode: 04/29/98  EAC-98-152-52418  ERC05391

Petition was filed on 04-28-98 (priority date)
- [ ] Personal Interview
- [ ] Pet. [ ] Ben. "A" File Reviewed
- [ ] Field Investigation
- [ ] 204 (a)(2)(A) Resolved
- [ ] Previously Forwarded
- [ ] Stateside Criteria
- [ ] I-485 Simultaneously
- [ ] 204 (h) Resolved

Remarks: F2J  IR1

### A. Relationship

1. The alien relative is my: [x] Husband/Wife  [ ] Parent  [ ] Brother/Sister  [ ] Child
2. Are you related by adoption? [ ] Yes  [x] No
3. Did you gain residence through adoption? [ ] Yes  [x] No

### B. Information about you

1. Name (Family Name in CAPS) (First) (Middle): BEGUM  Suriya
2. Address (Number and Street): 7928 Edinburgh Drive  (Apartment Number):
   (Town or City): Springfield  (State/Country): Virginia  (ZIP/Postal Code): 22153
3. Place of Birth (Town or City): Sialkot, Punjab, Pakistan  (State/Country):
4. Date of Birth (Mo/Day/Yr): 01/01/1954
5. Sex: [ ] Male  [x] Female
6. Marital Status: [x] Married  [ ] Single  [ ] Widowed  [ ] Divorced
7. Other Names Used (Including maiden name): None
8. Date and Place of Present Marriage (If married): 06/28/1971  Sialkot, Pakistan
9. Social Security Number: 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
10. Alien Registration Number (if any): 43-589-743
11. Names of Prior Husbands/Wives: N/A
12. Date(s) Marriage(s) Ended:

13. If you are a U.S. citizen, complete the following:
My citizenship was acquired through (check one)
- [ ] Birth in the U.S.
- [ ] Naturalization (Give number of certificate, date and place it was issued)  9-23-99  2502087⎯
- [ ] Parents

Have you obtained a certificate of citizenship in your own name? [ ] Yes  [ ] No
If "Yes", give number of certificate, date and place it was issued

14. If you are a lawful permanent resident alien, complete the following:
Date and place of admission for, or adjustment to, lawful permanent residence, and class of admission: 06/14/1993  New York City   E2-2

14b. Did you gain permanent residence status through marriage to a United States citizen or lawful permanent resident? [x] Yes  [ ] No

### C. Information about your alien relative

1. Name (Family Name in CAPS) (First) (Middle): ISMAIL  Mohammad
2. Address (Number and Street): 7928 Edinburgh Drive  (Apartment Number):
   (Town or City): Springfield  (State/Country): Virginia  (ZIP/Postal Code): 22153
3. Place of Birth (Town or City): Sialkot  (State/Country): Punjab  Pakistan
4. Date of Birth (Mo/Day/Yr): 07/09/1946
5. Sex: [x] Male  [ ] Female
6. Marital Status: [x] Married  [ ] Single  [ ] Widowed  [ ] Divorced
7. Other Names Used (Including maiden name): N/A
8. Date and Place of Present Marriage (If married): 06/28/71  Sialkot, Pakistan
9. Social Security Number: 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
10. Alien Registration Number (if any): A71-787-114
11. Names of Prior Husbands/Wives: None
12. Date(s) Marriage(s) Ended:

13. Has your relative ever been in the U.S.? [x] Yes  [ ] No
14. If your relative is currently in the U.S., complete the following: he or she last arrived as a (visitor, student, stowaway, without inspection, etc.)
Resident Alien
Arrival/Departure Record (I-94) Number: N/A   Date Arrived (Month/Day/Year):
Date authorized stay expired, or will expire as shown on Form I-94 or I-95: N/A

15. Name and Address of Present Employer (If any):
Quality Point, Inc.  Springfield, VA
Date this employment began (Month/Day/Year): 01/1995

16. Has your relative ever been under immigration proceedings? [x] Yes  [ ] No  Where: ARL  When: 03/98
- [ ] Exclusion  [x] Deportation  [ ] Rescission  [ ] Judicial Proceedings

| INITIAL RECEIPT | RESUBMITTED | RELOCATED | | |
|---|---|---|---|---|
| | | Rec'd | Sent | Approved |

Form I-130 (Rev. 4/11/91) Y



6

## C. (continued) Information about your alien relative

**16.** List Husband/wife and all children of your relative (if your relative is your husband/wife, list only his or her children).

| (Name) | | (Relationship) | (Date of Birth) | (Country of Birth) |
|---|---|---|---|---|
| Aurang | ZAIB | Son | 12/25/1973 | Pakistan |
| Ishrat | JEHAN | Daughter | 08/04/1975 | Pakistan |
| Hussain | AHMAD | Son | 04/02/1978 | Pakistan |
| Mohammad | SAEED | Son | 07/04/1980 | Pakistan |
| Memona | JABEEN | Daughter | 07/23/1982 | Pakistan |
| Umrana | JABEEN | Daughter | 05/06/1972 | Pakistan |

**17.** Address in the United States where your relative intends to live
(Number and Street) 7928 Edinburgh Drive (Town or City) Springfield (State) Virginia

**18.** Your relative's address abroad
(Number and Street) Village Gohadpur, Kutowal Rd, Sialkot (Town or City) Punjab (Province) (Country) Pakistan (Phone Number) 92-432-264974

**19.** If your relative's native alphabet is other than Roman letters, write his or her name and address abroad in the native alphabet:
(Name) (Number and Street) (Town or City) (Province) (Country)

**20.** If filing for your husband/wife, give last address at which you both lived together:
(Name) Mohammad ISMAIL (Number and Street) 7928 Edinburgh Drive, Springfield, VA, USA
From (Month) (Year) 08/1994 — To (Month) (Year) Present

**21.** Check the appropriate box below and give the information required for the box you checked:
☒ Your relative will apply for a visa abroad at the American Consulate in Islamabad, Pakistan (City) (Country)

☐ Your relative is in the United States and will apply for adjustment of status to that of a lawful permanent resident in the office of the Immigration and Naturalization Service at _____ (City) (State). If your relative is not eligible for adjustment of status, he or she will apply for a visa abroad at the American Consulate in Islamabad (City) Pakistan (Country)

(Designation of a consulate outside the country of your relative's last residence does not guarantee acceptance for processing by that consulate. Acceptance is at the discretion of the designated consulate.)

## D. Other Information

**1.** If separate petitions are also being submitted for other relatives, give names of each and relationship.
N/A

**2.** Have you ever filed a petition for this or any other alien before? ☐ Yes ☒ No
If "Yes", give name, place and date of filing, and result.

**Warning:** The INS investigates claimed relationships and verifies the validity of documents. The INS seeks criminal prosecutions when family relationships are falsified to obtain visas.

**Penalties:** You may, by law be imprisoned for not more than five years, or fined $250,000, or both, for entering into a marriage contract for the purpose of evading any provision of the immigration laws and you may be fined up to $10,000 or imprisoned up to five years or both, for knowingly and willfully falsifying or concealing a material fact or using any false documents in submitting this petition.

**Your Certification:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit that I am seeking.

(Signature) Suriya Begum  (Date) _____  (Phone Number) (703) 913-8186

**Signature of Person Preparing Form if Other than Above**
I declare that I prepared this document at the request of the person above and that it is based on all information of which I have any knowledge.
Mary Sue Donavan — LAW OFFICES OF ROBERT M. PRICE
1915 Eye St, NW #500, Washington DC 20006
Print Name — (Address) — (Signature) Mary Sue — (Date)

G-28 ID Number _____
Volag Number _____

7