UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

Suriya BEGUM
8805 Sylvania Street
Lorton, VA 22079

    Plaintiff,

No. <u>1:05 cv 2009 (HHK)</u>

vs.

ALBERTO GONZALES, ET AL.
U.S. Attorney General,

PRAECIPE

    Defendants.

### PRAECIPE

Plaintiff Surya Begum, through undersigned counsel, and pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, filed with this Court an Unopposed Motion for Voluntary Dismissal, and by error, a copy of the submission was sent to a different Government office than to Karen L. Melnik, Esq. with the U.S. Attorney's Office for the District of Columbia.

A copy of the documents submitted to the Court was sent today, January 13, 2006, to Karen L. Melnik, Esq. accompanied by this Praecipe.

**WHEREFORE**, and in light of the foregoing, it is respectfully requested that the this Praecipe to be accepted by the Clerk of this Court to correct the previous error.

Respectfully submitted, this 13 day of January, 2006.

*/s/ Steffanie J. Lewis*
Steffanie J. Lewis
DC State Bar No. 373 078
The International Business Law Firm, P.C.
1915 Eye Street, NW, Suite 500
Washington, D.C. 20006-2118
Tel. (202) 296-1111; Fax (202) 296-1175
E-mail: slewis@iblf.com
Attorneys for Petitioner Suriya Begum

## CERTIFICATE OF SERVICE

I, Steffanie J. Lewis, hereby certify that I have served a copy of Petitioner's Unopposed Motion for Voluntary Dismissal with exhibits A and B in the case of Atere v. Gonzales, and the Praecipe, by mail this 13th day of January, 2006 to:

Karen L. Melnik, Esq.
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0338

Steffanie J. Lewis